Jonathan M. Sedgh
MORGAN & MORGAN
850 3rd Ave, Suite 402
Brooklyn, NY 11232
Phone: (212) 738-6839
Fax: (813) 222-2439
jsedgh@forthepeople.com

Elaine A. Ryan
Colleen M. Auer
AUER RYAN, P.C.
20987 N. John Wayne Parkway
#B104-374
Maricopa, AZ 85139
520-705-7332
eryan@auer-ryan.com
cauer@auer-ryan.com

Jean S. Martin
Francesca K. Burne
MORGAN & MORGAN
201 N. Franklin St. 7th Floor
Tampa, FL 33602
813-559-4908
jeanmartin@forthepeople.com
fburne@forthepeople.com

**FILED**
**CLERK**

3:10 pm, Jul 10, 2023

**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Shan Harter, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>The Home Depot, Inc., a Delaware corporation, and Satco Products, Inc., a New York corporation,<br><br>Defendants. | No. 1:23-cv-03705 |

## NOTICE OF VOLUNARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Shan Harter, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), voluntarily dismisses his claims in this action in their entirety without prejudice, with each party to bear its own attorney's fees and costs.

2

Dated: July 7, 2023                                Respectfully submitted,

                                        _*s/ Jonathan M. Sedgh*_
Jonathan M. Sedgh
MORGAN & MORGAN
850 3rd Ave, Suite 402
Brooklyn, NY 11232
Phone: (212) 738-6839
Fax: (813) 222-2439
jsedgh@forthepeople.com

Jean S. Martin*
Francesca K. Burne *
MORGAN & MORGAN
201 N. Franklin St. 7th Floor
Tampa, FL 33602
813-559-4908
jeanmartin@forthepeople.com
fburne@forthepeople.com

Elaine A. Ryan *
Colleen M. Auer*
AUER RYAN, P.C.
20987 N. John Wayne Parkway
#B104-374
Maricopa, AZ 85139
520-705-7332
eryan@auer-ryan.com
cauer@auer-ryan.com


*Counsel for Plaintiff and the Proposed Classes*


*to seek admission *pro hac vice*

Dated: 7/10/2023
So Ordered.  The Clerk of the Court is directed to close this case.
/s/ Gary R. Brown
GARY R. BROWN, U.S.D.J.

3